Loly Garcia Tor
**K&L GATES LLP**
One Newark Center, Tenth Floor
Newark, New Jersey 07102-5285
P: (973) 848-4000
F: (973) 848-4001
loly.tor@klgates.com
*Attorneys for Defendant/Counterclaim Plaintiff
Orbicular Pharmaceutical Technologies Pvt. Ltd.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG and AMERICAN REGENT, INC., <br><br> *Plaintiffs/Counterclaim Defendants,* <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> *Defendant/Counterclaim Plaintiff.* | Case No. 3:25-cv-16735-GC-JBD <br><br> Hon. Georgette Castner, U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. <br><br> **NOTICE OF CONSENTED-TO MOTION FOR *PRO HAC VICE* ADMISSION OF JEFFREY GARGANO, REBEKAH HILL, AND ADAM BERLIN** |

**PLEASE TAKE NOTICE** that on January 5, 2026, or as soon thereafter as counsel may be heard, the undersigned counsel for Defendant/Counterclaim Plaintiff Orbicular Pharmaceutical Technologies Pvt. Ltd., in the above-captioned action, shall move before the Hon. J. Brendan Day, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and U.S. Courthouse, 402 East State Street, Trenton, New Jersey 08608, for an order in the form annexed hereto granting Defendant/Counterclaim Plaintiff's motion for the *pro hac vice* admission of Jeffrey Gargano, Rebekah Hill, and Adam Berlin, and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of order is filed herewith.

Dated: November 26, 2025

                                          **K&L GATES LLP**

                                          <u>/s/ Loly G. Tor</u>
                                          Loly G. Tor
                                          One Newark Center, Tenth Floor
                                          Newark, New Jersey 07102-5285
                                          P: (973) 848-4000
                                          F: (973) 848-4001
                                          loly.tor@klgates.com

                                          *Attorneys for Defendant/Counterclaim Plaintiff*
                                          *Orbicular Pharmaceutical Technologies Pvt. Ltd.*

## **CERTIFICATION OF SERVICE**

I, Loly G. Tor, hereby certify that the foregoing Notice of Motion for *Pro Hac Vice* Admission of Jeffrey Gargano, Rebekah Hill, and Adam Berlin, and all supporting documents filed herewith were served upon all counsel of record upon filing of same with the Court via ECF.

Dated: November 26, 2025            */s/ Loly G. Tor*
                                    Loly G. Tor