UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD., *et al.*, <br><br> Defendants. | Civ. No. 24-10674 (GC)(JBD) <br> (Consolidated) <br><br> **ORDER** |
| VIFOR (INTERNATIONAL) AG, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> Defendant. | Civ. No. 25-15336 (GC)(JBD) |

| | |
|---|---|
| VIFOR (INTERNATIONAL) AG, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD.,<br><br>Defendant. | Civ. No. 25-16735 (GC)(JBD) |

This matter having come before the Court by way of the parties' letter dated January 13, 2026, [Dkt. 79],[1] regarding consolidation of the above-captioned matters; and the Court having held a joint telephone status conference on January 13, 2026 with counsel for each of the parties in the above-captioned matters; and the Court having carefully considered the parties' submission, recognized the commonality of issues between the above captioned matters, and obtained the consent of all parties; and for the reasons set forth during the January 13 telephone status conference, and for good cause shown,

**IT IS** on this **15th** day of **January, 2026**,

**ORDERED** that pursuant to Rule 42(a)(3) of the Federal Rules of Civil Procedure, the previously consolidated Civil Action No. 24-10674 shall be further consolidated with Civil Action Nos. 25-15336 and 25-16735 (together, the "Consolidated Actions") for all purposes, including discovery, case management, and trial, on the grounds that the cases involve common questions of law and fact, and consolidation will aid in the efficient resolution of these proceedings; and it is further

**ORDERED** that for purposes of effecting the consolidation, the Clerk shall designate and use Civil Action No. 24-10674 as the master action for the Consolidated Actions; and it is further

---

[1]    The docket entries cited herein are those in Civil Action No. 24-10674.

2

**ORDERED** that going forward, all filings in the Consolidated Actions shall be filed only Civil Action No. 24-10674; accordingly, the Clerk of Court shall administratively close Civil Action Nos. 25-15336 and 25-16735.

**IT IS FURTHER ORDERED** that the following amended schedule shall govern pretrial proceedings in these Consolidated Actions through the close of fact discovery:

| Event | Deadline |
| --- | --- |
| Defendants to serve "Invalidity Contentions" and "Noninfringement Contentions," and to produce underlying documents (L. Pat. R. 3.6(c)-(f)) | January 22, 2026 |
| Deadline to engage in Mandatory Settlement Mediation | April 16, 2026 |
| Plaintiffs to serve "Disclosure of Infringement Contentions" and "Responses to Invalidity Contentions," and to produce underlying documents (L. Pat. R. 3.6(g)-(i)) | March 23, 2026 |
| Substantial completion of document production | May 6, 2026 |
| Deadline for motion to amend pleadings or to add parties | May 22, 2026 |
| Close of Fact Discovery | June 30, 2026 |

**IT IS FURTHER ORDERED** that the foregoing schedule shall be supplemented and revised, as appropriate, as the matters proceed; and it is further

**ORDERED** that the settlement conference previously scheduled for **February 2, 2026** at **10:00 a.m.** in Civil Action No. 24-10674 shall remain as scheduled, in which all parties in these Consolidated Actions shall attend and

3

participate. The settlement conference will be conducted by the undersigned in Courtroom 7E at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey. Counsel and clients with full settlement authority shall attend. Please refer to paragraphs 9 and 11 of the Court's case management order regarding the settlement conference. As discussed during the January 13 telephone status conference, counsel shall communicate with chambers via email if scheduling or other concerns arise with the conference.

J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE