UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMERICAN REGENT, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> MSN LABORATORIES PRIVATE LTD., *et al.,* <br><br> *Defendants.* | Case No. 3:24-cv-10674-GC-JBD (Consolidated) <br><br> Hon. Georgette Castner, U.S.D.J. <br> Hon. J. Brendan Day, U.S.M.J. <br><br> **NOTICE OF APPEARANCE** |
| VIFOR (INTERNATIONAL) AG, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> *Defendant.* | Civ. No. 25-15336 (GC)(JBD) |
| VIFOR (INTERNATIONAL) AG, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> ORBICULAR PHARMACEUTICAL TECHNOLOGIES PVT. LTD., <br><br> *Defendant.* | Civ. No. 25-16735 (GC)(JBD) |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

   I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd.

Dated: January 30, 2026            Respectfully submitted,

                                                      **K&L GATES LLP**

By: *s/ Erin C. Cassidy*
     Erin C. Cassidy
     One Newark Center, 10th Fl.
     Newark, NJ 07102
     P: 973-848-4120
     F: 973-848-4001
     Erin.Cassidy@klgates.com
     *Attorneys for Defendant Orbicular Pharmaceutical Technologies Pvt. Ltd*